UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv162-RJC-DSC

| COMEST THOMAS ALLEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROBERT C. GIBSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court *sua sponte*. Pursuant to this Court's order of April 22, 2009, Plaintiff was ordered to file within twenty days a sworn statement showing exhaustion of administrative remedies or a copy of the grievance itself. In the event that no grievance procedure exists, Plaintiff was ordered to file within twenty days a sworn statement stating that fact. Plaintiff was advised that failure to comply with the order would result in dismissal of this action.

Plaintiff has failed to provide the requested information within twenty days.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint is **DISMISSED**.

**SO ORDERED.**

Signed: August 27, 2009

Robert J. Conrad, Jr.
Chief United States District Judge

1